UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>J. LYNCH, et al.,<br><br>    Defendants. | No. 2:22-cv-01493-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 19) |

    Plaintiff Adam Randolph Powell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 31, 2023, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff had stated two cognizable Eighth Amendment claims against defendant Lynch as alleged in Claim I and Claim III, but that plaintiff failed to state any other cognizable claims against the remaining defendants. (Doc. No. 10 at 4.) Accordingly, the magistrate judge ordered plaintiff to file a first amended complaint within 30 days to cure the identified deficiencies. (*Id.* at 5–6.) On January 12, 2024, noting that plaintiff had not filed an amended complaint, the magistrate judge issued findings and recommendations recommending that this action proceed only on the claims found to be cognizable in the screening order and that all other claims and

1  defendants be dismissed from this action due to plaintiff's failure to state a cognizable claim
2  against them. (Doc. No. 19 at 2.) The pending findings and recommendations were served on
3  plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)
4  days after service. (*Id.*) To date, no objections have been filed, and the time in which to do so
5  has passed.
6      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
7  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
8  findings and recommendations are supported by the record and proper analysis.
9      Accordingly,
10      1.    The findings and recommendations issued on January 12, 2024 (Doc. No. 19) are
11          adopted in full;
12      2.    This action shall proceed on plaintiff's Eighth Amendment claims brought against
13          defendant Lynch as alleged in Claim I and Claim III;
14      3.    All other claims brought by plaintiff in this action are dismissed;
15      4.    Defendants Pierce and Lively are dismissed as defendants in this action;
16      5.    The Clerk of the Court is directed to update the docket to reflect that defendants
17          Pierce and Lively have been terminated from this action; and
18      6.    This action is referred back to the assigned magistrate judge for further
19          proceedings consistent with this order.
20      IT IS SO ORDERED.
21
22  Dated: **April 1, 2024**                /s/ Dale A. Drozd
                                          DALE A. DROZD
23                                            UNITED STATES DISTRICT JUDGE
24
25
26
27
28