1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ADAM RANDOLPH POWELL,                 No.  2:22-cv-01493-DAD-DMC (PC)

12            Plaintiff,

13      v.                                 ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS AND GRANTING
14   J. LYNCH,                             DEFENDANT'S MOTION TO DISMISS

15            Defendant.                   (Doc. Nos. 20, 27)

16

17

18        Plaintiff Adam Randolph Powell is a state prisoner proceeding *pro se* and *in forma*

19   *pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On July 23, 2024, the assigned magistrate judge issued findings and recommendations

22   recommending that defendant's motion to dismiss (Doc. No. 20) be granted and that plaintiff's

23   complaint be dismissed, with leave to amend, due to plaintiff's failure to allege facts supporting

24   his Eighth Amendment claims.  In particular, the magistrate judge found that plaintiff's

25   allegations, which were "couched in generalities and assumptions," are not sufficient to state a

26   cognizable claim for relief.  (Doc. No. 27 at 7.)

27   /////

28   /////

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  To date, no objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on July 23, 2024 (Doc. No. 27) are adopted in full;

2. Defendant's motion to dismiss (Doc. No. 20) is granted;

3. Plaintiff's complaint is dismissed, with leave to amend;

4. Within thirty (30) days from the date of this order, plaintiff may file a first amended complaint;

5. Plaintiff is advised that his failure to file a first amended complaint within the time provided may result in the dismissal of this action; and

6. This action is referred back to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **September 10, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2