IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF LYNCH,<br><br>    Defendant. | No. 2:22-CV-1493-DAD-DMC-P<br><br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's first amended complaint, ECF No. 32, and Defendant's motion for screening thereof, ECF No. 35.

        Plaintiff initiated this action with a pro se civil rights complaint filed on August 23, 2022, naming Lynch, Pierce, and Lively as defendants. See ECF No. 11. The Court screened Plaintiff's complaint as required under the Prison Litigation Reform Act and concluded that Plaintiff had stated cognizable claims against Defendant Lynch, but not against Defendants Pierce or Lively. See ECF No. 10. Plaintiff was provided leave to amend within 30 days. See id. Plaintiff did not file a first amended complaint within the time permitted therefor and the Court issued an order directing service on Defendant Lynch and findings and recommendations for dismissal of Defendants Pierce and Lively. See ECF Nos. 13 and 19. The findings and recommendations dismissing Defendants Pierce and Lively were adopted in full by the District

1

Judge.

On February 2, 2024, Defendant Lynch filed a motion to dismiss Plaintiff's complaint. See ECF No. 20. On July 23, 2024, the Court issued findings and recommendations that Defendant Lynch's motion to dismiss be granted and that Plaintiff's original complaint be dismissed with leave to amend. See ECF No. 27. The findings and recommendations were adopted in full by the District Judge on September 11, 2024. See ECF No. 28. Plaintiff filed his first amended complaint on March 17, 2025. See ECF No. 32. Defendant Lynch asks that the Court screen the first amended complaint for sufficiency. See ECF No. 35.

A review of the first amended complaint reflects that, in addition to Lynch, Plaintiff again names Pierce and Lively as defendants. See ECF No. 32. Pgs. 1-3. Plaintiff also names for the first time the following: (1) C. Andes; and (2) O'Brien. See id. at 2. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. See Fed. R. Civ. P. 15(a)(2). Here, Defendant Lynch moved to dismiss the original complaint pursuant to Rule 12(b)(6) on February 2, 2024. See ECF No. 20. Plaintiff's first amended complaint, which now names parties not named in the original complaint and which names parties who have been dismissed, was filed on March 17, 2025 – more than 21 days after Defendant Lynch's motion to dismiss was filed. As such, Plaintiff's amended complaint is not timely as a matter-of-right and, to proceed against new defendants and defendants who have been dismissed, Plaintiff will be required to obtain either a stipulation from Defendant Lynch or leave of court. See Fed. R. Civ. P. 15(a)(2). Because Plaintiff has not done so, the Court will strike Plaintiff's first amended complaint. Plaintiff may either seek a stipulation or court order for leave to amend to name new and previously dismissed defendants or file a first amended complaint as against Defendant Lynch only. Plaintiff is cautioned that failure to comply with this order may result in dismissal of

this action in its entirety.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's first amended complaint, ECF No. 32, is stricken.

2. Defendant Lynch's request for screening the first amended complaint, ECF No. 35, is denied as moot.

3. Within 30 days of the date of this order, Plaintiff shall do one of the following: (a) file a first amended complaint as against Defendant Lynch only, consistent with the District Judge's July 23, 2024, order; or (2) file a first amended complaint against Defendant Lynch and others based on Defendant's stipulation pursuant to Rule 15; or (3) file a motion for leave to amend pursuant to Rule 15.

Dated: June 9, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE