IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFF LYNCH,<br><br>   Defendant. | No. 2:22-CV-1493-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a 60-day extension of time to respond to the Court's June 10, 2025, order. See ECF No. 37.

On June 10, 2025, the Court issued an order striking Plaintiff's first amended complaint and directing Plaintiff, within 30 days, to do one of the following: (1) file a first amended complaint as against Defendant Lynch only, consistent wit the District Judge's July 23, 2024, order; or (2) file a first amended complaint pursuant to stipulation under Rule 15; or (3) file a motion for leave to amend. See ECF No. 36. Plaintiff now seeks additional time to comply. See ECF No. 37. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time because his legal property was misplaced following recent cell searches, Plaintiff's motion will be granted in part and the Court will provide an additional 30 days to comply with the June 10, 2025, order.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 37, is granted.

2. Within 30 days of the date of this order, Plaintiff shall do one of the following: (a) file a first amended complaint as against Defendant Lynch only, consistent with the District Judge's July 23, 2024, order; or (2) file a first amended complaint against Defendant Lynch and others based on Defendant's stipulation pursuant to Rule 15; or (3) file a motion for leave to amend pursuant to Rule 15.

Dated: August 15, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE