UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM RANDOLPH POWELL, | No. 2:22-cv-01493-DAD-DMC (PC) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| JEFF LYNCH, et al., | |
| Defendants. | (Doc. No. 39) |

Plaintiff Adam Randolph Powell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2025, the assigned magistrate judge struck plaintiff's first amended complaint and directed plaintiff to file either a proper first amended complaint within thirty days of the date of entry of that order or file a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15.  (Doc. No. 36.)  Plaintiff has not since filed a first amended complaint or a motion to amend.  Accordingly, on October 14, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to prosecute and failure to comply with court orders.  (Doc. No. 39.)  The findings and recommendations were served upon plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date,

1

plaintiff has not filed any objections to the pending findings and recommendations and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 14, 2025 (Doc. No. 39) are ADOPTED in full;

2. This action is DISMISSED, without prejudice, due to plaintiff's failure to prosecute this action and failure to comply with court orders; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **April 8, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE

2